United States Court of Appeals
FOR THE EIGHTH CIRCUIT
No. 97-1418

|  |  |  |
|---|---|---|
| John Gregory Lambros, all American citizens that were, are, or will be pre-extradition detainees in Brazil due to narcotic and similar drug charges, | * * * * | |
| | * | Appeal from the United States |
| Appellants, | * | District Court for the |
| v. | * | District of Minnesota. |
| | * | [UNPUBLISHED] |
| Douglas R. Peterson; Janet Reno, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted:  December 22, 1997

Filed:   December 29, 1997
_____

Before WOLLMAN, LOKEN, and HANSEN, Circuit Judges.
_____

PER CURIAM.

John Gregory Lambros appeals from the district court's[1] dismissal of his action brought pursuant to the Declaratory Judgment Act, 28 U.S.C. §§ 2201-2202.  Having reviewed the parties' briefs and the record, we conclude that the dismissal was proper

___

[1]The Honorable Ann D. Montgomery, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Raymond L. Erickson, United States Magistrate Judge for the District of Minnesota.

and that an extended discussion is not warranted.  Accordingly, the judgment is affirmed.  <u>See</u> 8th Cir. R. 47B.

We deny Lambros's motions to supplement the record on appeal.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.